IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TINA RUDISILL                    :        CIVIL ACTION

vs.                              :

NATIONWIDE CREDIT
CORPORATION
                                 :        NO.1:10-cv-2391

### NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Tina Rudisill, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: /s/ Brent F. Vullings
Brent F. Vullings, Esquire
Attorney for Plaintiff
Attorney I.D. #92344
Warren & Vullings, LLP
93 Old York Road
Suite 333
Jenkintown, PA  19046
215-745-9800